# Kasell Law Firm

May 26, 2016

Magistrate Judge Steven L. Tiscione
United States District Court
225 Cadman Plaza East, Room N324
Brooklyn, NY 11201

       Re: Glen v. Liberty Motor Cars Inc., et. al.;
          <u>Index No. 15-cv-2184</u>

Your Honor:

I represent p plaintiffs, Winston Glen and Rita Bridgelall in the above referenced matter.

At this time, Plaintiffs are not presenting further documentation of the violations of the Truth in Lending Act perpetrated by defendants but are relying on the documents attached to the complaint in this matter to prove their damages.

Additionally, plaintiffs have been unable to serve the individual defendants in this action and request that the case against the individual defendants be dismissed without prejudice.

                                                  Respectfully,

                                                  <u>/s/_____</u>
                                                  David M Kasell (DK-7753)
                                                  Kasell Law Firm
                                                  1038 Jackson Ave., #4
                                                  Long Island City. NY 1101
                                                  (718) 404-6668